# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE H. GOFFNEY, JR., M.D., et al.<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AXAR II,<br>Secretary of the U.S. Department of Health and Human Services,<br><br>Defendant. | Case No. CV 17-8032 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the agency is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: September 25, 2019

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE